### 10350.   HUNT *v.* CANTON FERTILIZER COMPANY.

WADE, C. J.   In this case it was sought to set aside a judgment rendered in the absence of the movant and one of her attorneys, and to reinstate the case.   The evidence was amply sufficient to support a finding that the movant was lacking in diligence; and there was no abuse of discretion in refusing to vacate the judgment and reinstate the case.

*Judgment affirmed.   Jenkins and Luke, JJ., concur.*

DECIDED JUNE 12, 1919.

Motion to set aside judgment; from Cherokee superior court— William Butt, judge pro hac vice.   January 1, 1919.

*W. D. Mills, W. W. Stark,* for plaintiff in error.

*Howell Brooke, George D. Anderson,* contra.